*Rec # 7303*
*6/24/10*
*$96.89*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------

IN RE:                                         BK NO. 05-20416

JOSEPH M PONZI
    Debtor(s)
-------------------------------------------------------

## TRANSMITTAL OF UNCLAIMED FUNDS

George M. Reiber, Chapter 13 Trustee, reports the following:

1. Ninety days have passed since final distribution under the Chapter 13 plan was made in the following case. Your trustee has stopped payment on all checks remaining unpaid listed below. The names of the persons to whom such unnegotiated distribution checks were issued and the amount of such checks are as follows:

    AT&T Wireless
    PO Box 129
    Newark NJ 07101

2. Your Trustee's check for $96.89 payable to the Clerk of the Court, is attached to this report.

3. Nothing further remains to be done in this case.

Dated: June 22, 2010
    Rochester, NY           /s/_____
                                     GEORGE M. REIBER, TRUSTEE



FILED
JUN 24 2010
BANKRUPTCY COURT
ROCHESTER, NY